## IN RE BUFFALOE

No. 213P84.

Case below: 67 N.C. App. 562.

Petition by Paula Buffaloe and Luther Buffaloe for discretionary review under G.S. 7A-31 denied 6 July 1984.

## IN RE MITCHELL-CAROLINA CORP.

No. 216P84.

Case below: 67 N.C. App. 450.

Petition by Mitchell-Carolina for discretionary review under G.S. 7A-31 denied 6 July 1984.

## IN RE WILL OF BAITY

No. 119P84.

Case below: 65 N.C. App. 364.

Petition by propounders for writ of certiorari to North Carolina Court of Appeals denied 6 July 1984.

## LATTA v. FARMERS COUNTY MUTUAL FIRE INS. CO.

No. 227P84.

Case below: 67 N.C. App. 494.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 July 1984.

## LEE v. KECK

No. 275P84.

Case below: 68 N.C. App. 320.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 July 1984.